IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:     2022-CA-001480

**DWAYNE WIMS,**

    Plaintiff,

**vs.**

**FAMILY DOLLAR STORES OF
FLORIDA, LLC,**

    Defendant.

_____/

## AMENDED COMPLAINT

Plaintiff, DWAYNE WIMS, and sues Defendant, FAMILY DOLLAR STORES OF FLORIDA, INC., and alleges:

## COMMON ALLEGATIONS AS TO ALL COUNTS

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).  Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.    At all times material hereto, including June 24, 2021, DWAYNE WIMS was a resident of Jacksonville, Duval County, Florida.

1

Exhibit "A"

3.     Venue in Duval County, Florida is proper as the injuries sustained by DWAYNE WIMS, occurred at the FAMILY DOLLAR STORES OF FLOIRDA, LLC, located at 1282 Kings Road, Jacksonville, Duval County, Florida 32204.

## COUNT I

4.     Plaintiff realleges paragraphs 1 through 3 as though fully set forth herein.

5.     At all times material to this action, FAMILY DOLLAR STORES OF FLORIDA, LLC, was and is a foreign limited liability company licensed to do business in the State of Florida, and which owns and/or operates a business located at 1282 Kings Road, Jacksonville, Florida 32204.

6.     At all times material hereto, including June 24, 2021, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, owned, operated, leased, possessed, controlled and/or managed the premises located at 1282 Kings Road, Jacksonville, Florida 32204, said business being that of a retail store open to the general public and to those persons lawfully invited to be upon said premises.

7.     On or about June 24, 2021, DWAYNE WIMS, was lawfully upon Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC's premises located at the above address as an invitee.

8.     At said time and place, DWAYNE WIMS was exiting the store when he tripped/slipped and fell on a box that had been improperly stored and/or negligently placed and/or discarded.

9.     At said time and place, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, owed DWAYNE WIMS a duty to exercise reasonable care for his safety.

10.    At said time and place, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, breached its duty owed to DWAYNE WIMS by committing one or more or the following omissions or commissions:

(a)    *Negligently failing to maintain or adequately maintain* its premises, including the aforementioned exit with the improperly discarded and/or negligently placed boxes, thus creating a hazardous condition to members of the public utilizing said exit, including DWAYNE WIMS, thus creating an unreasonably dangerous condition for DWAYNE WIMS;

(b)    *Negligently stacking, storing and/or securing materials and items*, including, but not limited to boxes on the subject premises floor and in an egress that was open to the public, thus creating a hazardous condition to members of the public utilizing said entrance/exitways(s);

(c)    *Negligently failing to inspect or adequately inspect* the store, including the aforementioned egress with the improperly discarded and/or negligently placed boxes, as specified above, to ascertain whether the premises and/or egresses constituted a hazard to pedestrians utilizing said egresses, including DWAYNE WIMS;

(d)    *Negligently failing to inspect or adequately warn* DWAYNE WIMS of the danger of the  floors and aisles in the store, including the floor and/or aisle with the improperly stacked and/or negligently stacked boxes,  when Defendant knew or through the exercise of reasonable care should have known that the floor and/or aisle with the improperly stored and/or stacked boxes created an unreasonably dangerous condition and that DWAYNE WIMS was unaware of same; and

(e)    *Negligently failing to correct or adequately correct* the unreasonably dangerous condition of Defendant's premises, including the egress with the improperly discarded and/or negligently stacked boxes, when said condition was either known to Defendant, created by the

3

Defendant, or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

11.    As a result, while DWAYNE WIMS was visiting Defendant's business, he was exiting the store with the aforementioned improperly discarded and/or negligently stacked boxes, and upon entering the aforementioned aisle, the improperly discarded and/or negligently stacked boxes caused DWAYNE WIMS to trip/slip and fall which resulted in the injuries as set forth.

12.    As a direct and proximate result of the negligence of Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, DWAYNE WIMS suffered bodily injury in and about his body and extremities resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and DWAYNE WIMS will suffer the losses in the future.

WHEREFORE, the Plaintiff, DWAYNE WIMS, sues the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, for judgment and damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

4

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 10th day of May, 2022.

**MORGAN & MORGAN, P.A.**

*/s/ Caitlin O'Donnell*

_____

**CAITLIN E. O'DONNELL**
Florida Bar No.: 116026
76 South Laura Street, Ste. 1100
Jacksonville, Florida 32202
TEL.: (904) 398-2722
FAX: (904) 366-7677
Primary email: codonnell@ForThePeople.com
scopeland@ForThePeople.com
lmohammed@ForThePeople.com
Counsel for Plaintiff

5