UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DWAYNE WIMS,

    Plaintiff,

v.                                    Case No. 3:22-cv-588-BJD-LLL

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Defendant Family Dollar Stores of Florida, LLC (Doc. 40; Stipulation) filed on July 17, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 18th day of July, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record